UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
United States of America            :
                                    :   10 ___ CR 094-05 (JSR)
                                    :
         -against-                  :        ORDER
                                    :
                                    :
Jamar Miller                        :
                                    :
              Defendant             :
-------------------------------------x

ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
        10/27/2023